**EXHIBIT A**

**(The Oct. 15, 2024 Letter)**



October 15, 2024

Mr. James Vandermark
White and Williams LLP
810 Seventh Avenue, Ste. 500
New York, New York 10019

  Re: CNEX Labs/Google LLC

Dear Mr. Vandermark,

We understand that a productive conversation recently took place between your firm and our legal counsel, addressing the issues surrounding CNEX Labs, Inc.'s (CNEX) assets and Point Financial, Inc.'s (PFI) secured interest in those assets. Based on that discussion and our ongoing deep market analysis, PFI believes the most efficient and mutually beneficial resolution would be for Google to purchase PFI's loan and security position with CNEX; in essence, for Google to buy what PFI owns and control the resolution of PFI's existing collateral interests in a manner that best benefits Google.

As the senior secured creditor, PFI holds a prior perfected security interest in all CNEX's assets. At present, the property subject to the PFI security interest includes (without limitation) all CNEX equipment and intellectual property rights and interests. As your client's business representatives are aware, CNEX owns proprietary intellectual property that was developed before the inception of the "Knuckle" project with Google, and upon which the Knuckle project was based. PFI's security interest is vested in all the CNEX intellectual property without limitation on geographic market, additional development, or use. Whatever may be ultimately resolved with respect to Google's right to a license under the Master Purchase Agreement, Statement of Work and its amendments (which is what we believe you discussed with our counsel), the best outcome for Google still only provides a license for use rights in certain CNEX intellectual property for Google's own use limited to fulfilling only the orders existing at the time of CNEX's insolvency. What PFI has the power to provide Google is far broader in scope and far more valuable. By acquiring PFI's loan and security position, Google could secure effective ownership of CNEX's complete intellectual property, and effectively remove any ambiguity or risk of future disputes over its usage, development or infringement.

Were PFI to sell CNEX's intellectual property in a private sale to one of Google's competitors in cloud services (ie. Salesforce, Microsoft, IBM, Oracle, etc.), that competitor would have the legal right to block Google's use or further development of any part of the CNEX IP. Even if



Google's license for limited use was deemed valid after such sale, most of the benefit of this technology to Google would be lost.

Conversely, by acquiring what PFI owns, Google would have the clear right to use the proprietary information it took from the CNEX escrow not only to manufacture an unlimited number of the "Knuckle" units, but also to develop improved products and sell to the general market.

By this letter, PFI's offers to sell to Google what it owns for a cash payment of $50 million. In context of the benefits to Google from unfettered use of the CNEX proprietary information, this is a fair price.

We look forward to your response and remain hopeful that we can reach an amicable resolution.

Regards,

*Michael J. O'Malley*
Michael J. O'Malley
President

Cc:  Douglass Guffey, Esq.
     Maria Cremi Speth, Esq.

**3318 East Kachina Drive**
**Phoenix, Arizona 85044**
**Email: admin@pointfin.com**